UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Lee Shire**                    **Docket No. 5:15-CR-158-1FL**

**Petition for Action on Supervised Release**

COMES NOW Taylor R. Westphalen, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Shire, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Cocaine, 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 29, 2015, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Shire was released from custody on August 11, 2022, at which time the term of supervised release commenced.

On December 12, 2024, a Petition for Action was submitted to the court after the defendant committed Driving While Impaired (24CR468723). A condition of alcohol abstinence was imposed. Additionally, a previously scheduled hearing to address early termination was withdrawn.

Case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge, on February 10, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following the aforementioned incident in December 2024, the defendant has remained compliant with all conditions of supervision. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program to assist with continued positive thinking patterns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: February 25, 2026

**ORDER OF THE COURT**

Considered and ordered this ____2nd____ day of __March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge
